IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARQUEZ,<br><br>                    Petitioner,<br><br>      vs.<br><br>SCOTT P. RAWERS, Warden,<br><br>                    Respondent._____/ | CASE NO. CV-F-03-6508<br>OWW WMW  HC<br><br>ORDER GRANTING REQUEST TO FILE SUPPLEMENTAL ANSWER<br><br>           [Doc. 15] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 12, 2005, Respondent filed a request for leave to file a supplemental answer.

   Good cause appearing, Respondent's request is HEREBY GRANTED and the Clerk of the Court is HEREBY DIRECTED to file the supplemental answer attached to Respondent's request. Petitioner is HEREBY GRANTED thirty days from the date of service of this order to file a supplemental traverse,

1  responding only to the issues raised in the supplemental answer.

2  IT IS SO ORDERED.

3  **Dated:   July 14, 2005**                                **/s/  William M. Wunderlich**
   bl0dc4                                                             UNITED STATES MAGISTRATE JUDGE