UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARQUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT P. RAWERS,<br><br>    Respondent. | 1:03-CV-6508 OWW WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #18) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 2, 2005, petitioner filed a motion to extend time to file a supplemental traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a supplemental traverse.

IT IS SO ORDERED.

**Dated:   August 25, 2005**          /s/  William M. Wunderlich
bl0dc4                                  UNITED STATES MAGISTRATE JUDGE