UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 12 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

MARIO MARQUEZ,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-6508 OWW/WMW HC

SCOTT P. RAWERS,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

__X__   Granted for the following reason: on the sole issue of whether a claim is stated under the Court of Appeals decision in United States v. Sass.

_____   Denied for the following reason:

Dated: 9-1-06

OLIVER W. WANGER
United States District Judge