IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARQUEZ, | CV-F-03-6508 OWW WMW  HC |
| Petitioner, | ORDER GRANTING MOTION FOR APPOINTMENT OF FEDERAL DEFENDER |
| vs. | [Doc.38] |
| SCOTT P. RAWERS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 11, 2007, the Court of Appeals for the Ninth Circuit issued an order reversing and remanding this matter to the district court in light of <u>Sass v. California Board of Prisons</u>, 461 F.3d 1123 (9th Cir. 2006). On June 21, 2007, Petitioner, by and through Assistant Federal Defender Monica Knox, filed a request for appointment of counsel. Attached to the request is a declaration of Ms. Knox, explaining that she served as Petitioner's counsel on appeal and discussing the legal issues involved in Petitioner's case. These include a life prisoner's liberty interest in parole, and California's complex parole process for life prisoners. The request for appointment of counsel is made pursuant to 18 U.S.C. Section 3006A, which provides in pertinent part:

> (2) Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who–

  (A) is charged with a Class B or C misdemeanor, or an infraction for which a sentence to confinement is authorized; or

  (B) is seeking relief under section 2241, 2254, or 2255 of title 28.

In this case, the court finds in light of the legal issues involved, the interests of justice require the appointment of counsel.

  Accordingly, IT IS HEREBY ORDERED as follows:

1) Petitioner's request for appointment of counsel is GRANTED;

2) Assistant Federal Defender Monica Knox is appointed to represent Petitioner in this matter.

IT IS SO ORDERED.

**Dated: August 1, 2007**     /s/  **William M. Wunderlich**
                UNITED STATES MAGISTRATE JUDGE