DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MARQUEZ**,                    ) | NO. CV-03-6508 OWW-WMW HC |
| Petitioner,                                        ) | |
| v.                                                     ) | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| **SCOTT P. RAWERS, Warden**,     ) | [Doc. 41] |
| Respondent.                                     ) | |

GOOD CAUSE APPEARING, Petitioner's motion for relief from default is GRANTED. Petitioner is granted until August 31, 2007 to file his Traverse.

IT IS SO ORDERED.

**Dated:   August 21, 2007**          /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE