IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARQUEZ,<br><br>       Petitioner,<br><br>vs.<br><br>SCOTT P. RAWERS, et al.,<br><br>       Respondents.<br>_____/ | 1:03-cv-06508 OWW WMW (HC)<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE NUNC PRO TUNC<br><br>(DOCUMENT #23) |

     Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 31, 2007, petitioner filed a motion to extend time to file a traverse. Inasmuch as petitioner filed the traverse on September 5, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

     Petitioner's motion to extend time to file a traverse is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   September 17, 2007**          /s/  William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE