1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **MARIO MARQUEZ,**            )   NO. 1:03-6508 OWW-WMW (HC)
                                    )
12              Petitioner,         )   **ORDER GRANTING REQUEST FOR**
          v.                        )   **30-DAY EXTENSION OF TIME TO**
13                                  )   **FILE SUPPLEMENTAL TRAVERSE**
     **SCOTT P. RAWERS, WARDEN,**   )
14                                  )
             Respondent.            )   New Deadline: <u>February 1, 2008</u>
15                                  )
                                    )
16   _____  )

17

18       **GOOD CAUSE APPEARING,** petitioner is given to and

19   including February 1, 2008, to file his Supplemental

20   Traverse.

21

22   IT IS SO ORDERED.

23   **Dated:   January 9, 2008         /s/  William M. Wunderlich**
                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28