IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MARQUEZ**, | ) NO. 1:03-cv-06508 OWW-WMW (HC) |
| Petitioner, | ) |
| v. | ) ORDER GRANTING SECOND REQUEST FOR FIVE-DAY EXTENSION OF TIME WITHIN WHICH TO FILE |
| **SCOTT P. RAWERS, Warden,** | ) SUPPLEMENTAL TRAVERSE |
| Respondent. | ) (DOCUMENT #54) |

**GOOD CAUSE APPEARING**, Petitioner's request for an extension of time to file a supplemental traverse is GRANTED nunc pro tunc. Petitioner is given to and including February 6, 2008, to file his Supplemental Traverse.

IT IS SO ORDERED.

**Dated:   February 11, 2008**          /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE