IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARQUEZ, | CV-F-03-6508 OWW WMW  HC |
| Petitioner, | ORDER DENYING MOTION TO ALTER THE JUDGMENT |
| vs. | [Doc. 60] |
| SCOTT P. RAWERS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 14, 2008, the undersigned entered a memorandum opinion and order dismissing this case. On March 28, 2008, Petitioner filed a motion pursuant to Rule 59(e), Federal Rules of Civil Procedure, requesting the court to alter the judgment so as to vacate its March 14, 2008 order.  Having previously considered and rejected Petitioner's arguments, Petitioner's motion to alter the judgment is HEREBY DENIED. IT IS SO ORDERED.

**Dated:    July 7, 2008**           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1